UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Jeannie Frances Bell,

        Plaintiff,

v.                                      ORDER

James Arthur Nilsson,

        Defendant.         Civ. No. 17-3284 (SRN/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction, and

2. Plaintiff Jeannie Frances Bell's application to proceed *in forma pauperis*, [Docket No. 2], is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                      BY THE COURT:

DATED: August 22, 2017                s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge